USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/05

**BAKER & MCKENZIE**

RECEIVED
MAY 26 2005
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

MEMO ENDORSED

Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Bucharest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

May 26, 2005

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Centre Street, Room 201
New York, New York 10007-1581

Grant Hanessian
Tel: +1 212 891 3986
Fax: +1 212 310 1686
Grant.Hanessian@bakernet.com

**By Facsimile 212 805 6717**

RE: *Empresa Generadora de Electricidad ITABO, S.A. ("ITABO") v. Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE")*,
No. 05 CV 5004 (HMB)

Dear Judge Berman:

We represent plaintiff ITABO in the above matter.

We write, further to the Order to Show Cause in this matter signed by Your Honor at 12 p.m. today (the "Order"), to advise the Court that we have been unable to effect service of the Order and supporting papers upon counsel for defendant CDEEE today by 4 p.m., as required by the Order. We are not aware that CDEEE is represented by New York counsel. ITABO's General Counsel, Gisele Marie Leger, has communicated by telephone with CDEEE's General Counsel, Henry Merán, in the Dominican Republic. Mr. Merán advised Ms. Leger that CDEEE will not accept service as today is a public holiday in the Dominican Republic. Ms. Leger advises me that ITABO will not be able to effect service on CDEEE until tomorrow, May 27.

In light of this fact, we respectfully request that the Court modify the Order to permit ITABO to serve the Order and supporting papers by 12 p.m. tomorrow, May 27, and that the Court adjourn the conference scheduled to take place on May 27 at 10:45 a.m. to Tuesday, May 31, 2005.

Respectfully submitted,

Grant Hanessian

cc: Corporacion Dominicana De Empresas Electricas Estatales

> Ok to serve by Noon on 5/27. Conference adjourned to 6/1/05 @ 10:30 A.M. Pleas so notify Defendant.
>
> SO ORDERED:
> Date: 5/26/05    Richard M. Berman
> Richard M. Berman, U.S.D.J.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

05/26/05   THU 15:19   [TX/RX NO 9952]