Steven Gerber, Esq. (SG 5881)
ADORNO & YOSS LLP
80 Broad Street, 32nd Floor
New York, NY 10004
(212) 809-5700
*Our File No. 300503.0001*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A. ("ITABO"), | Civil Action No. 05-cv-5004 (RMB) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES ("CDEEE"), | |
| Defendant. | |

---

The undersigned hereby enters his appearance on behalf of defendant Corporacion Dominicana De Empresas Electricas Estatales ("CDEEE") in this matter.

                ADORNO & YOSS LLP
                Attorneys for Defendant CDEEE

                By: s/Steven Gerber
                     Steven Gerber, Esq. (SG 5881)
                     155 Willowbrook Boulevard, Suite 300
                     Wayne, New Jersey 07470
                     (973) 256-9000
                     -and-
                     80 Broad Street, 32nd Floor
                     New York, New York 10004
                     (212) 809-5700

DATED:      June 10, 2005