AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF       NEW YORK

EMPRESA GENERADORA DE

v.

CORPORACIÓN DOMINICANA DE

APPEARANCE

Case Number: 05 Civ. 5004

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A. ("ITABO")

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 15, 2005 | *Susan Knox* (signature) |
| Date | Signature |
| | Susan R. Knox — SK-4110 |
| | Print Name / Bar Number |
| | 805 Third Avenue Floor 29 |
| | Address |
| | New York, NY 10022 |
| | City / State / Zip Code |
| | (212) 891-3946 / (212) 310-1646 |
| | Phone Number / Fax Number |