**BAKER & MCKENZIE**

Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

Asia
Pacific
[office list illegible]

Europe &
Middle East
[office list illegible]

North & South
America
[office list illegible]

**MEMO ENDORSED**

Grant Hanessian
Tel: +1 212 891 3986
Fax: +1 212 310 1686
Grant.Hanessian@bakernet.com

June 17, 2005

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Centre Street, Room 201
New York, New York 10007-1581

RE:   *Empresa Generadora de Electricidad ITABO, S.A. ("ITABO") v. Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE")*,
No. 05 CV 5004 (HMB)

Dear Judge Berman:

We represent plaintiff ITABO in the above-referenced matter.

We have received the papers of defendant CDEEE in opposition to ITABO's motion for interim relief in aid of arbitration. At the parties' conference with the Court on June 1, 2005 ITABO requested one week, until June 22, 2005, to reply to these papers.

Respectfully, ITABO now requests that it be permitted until Monday, June 27, 2005 to serve and file its reply papers. Counsel for CDEEE does not object to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

Grant Hanessian

cc:   Steven Gerber, Esq. (by facsimile)
      Hugo Chaviano, Esq. (by facsimile)

*Application Granted.*

SO ORDERED:
Date: 6/21/05
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/05