Grant Hanessian (GH-6582)
Susan R. Knox (SK-4110)
BAKER & McKENZIE LLP
805 Third Avenue
New York, New York 10022
Tel. (212) 751-5700
Fax (212) 759-9133

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

EMPRESA GENERADORA DE ELECTRICIDAD
ITABO, S.A. ("ITABO"),

        Plaintiff,

        - against -

CORPORACIÓN DOMINICANA DE EMPRESAS
ELÉCTRICAS ESTATALES ("CDEEE"),

        Defendant.

------------------------------------------------------------- X

05 Civ. 5004 (RMB)

ECF CASE

**SECOND DECLARATION OF
GISELLE MARIE LEGER**

I, Giselle Marie Leger, declare as follows:

1.     I am an attorney licensed to practice before the courts of the Dominican Republic and General Counsel of ITABO. I write to advise the Court of service on CDEEE and to clarify a statement made in my Declaration of May 25, 2005.

2.     On Thursday, May 26, 2005 at 5:15 p.m., I transmitted a fax to Dr. Henry Merán, General Counsel of CDEEE. The fax included a cover letter from Grant Hanessian and copies of the following documents that were to be filed or presented to the Court on May 27, 2005 in connection with the case captioned above: (1) Order to Show Cause; (2) Summons and Complaint; (3) Memorandum of Law in Support of ITABO's Motion for Interim Relief in Aid of Arbitration and in support of an Order to Show Cause; (4) Declaration of Carlos Radhamés

NYCDMS/441054.2

Cornielle (without exhibits); (5) Declaration of Giselle Leger; (6) Declaration of Navarro

Velasco (without exhibits); and (7) Rule 7.1 Statement.  A copy of the fax confirmation sheet is

annexed hereto as Exhibit 1.

    3.      On Friday, May 27, 2005, a bailiff (*alguacil*) authorized to effect service under

the laws of the Dominican Republic personally served copies of the documents referred to in

Paragraph 2 above on representatives of CDEEE.  Specifically, the bailiff personally served the

papers on (a) Imbert Moreno, an attorney at CDEEE, working under Dr. Merán  (b)  Ingrid

Arias, secretary for Angel Monero Cordero, an attorney in private practice who is representing

CDEEE in the matter currently pending before the Civil and Commercial Chamber of the Court

of Appeal of Santo Domingo, (c) Carlos Manuel Padilla, an attorney in private practice who

represents CDEEE in the matter currently before the Fifth Chamber of the Civil and Commercial

Chamber of the Court of First Instance of the National District.  The bailiff also notified each of

the recipients, by means of a formal written document evidencing service, of the conference with

the Court scheduled for June 1, 2005.  The formal document evidencing service by the bailiff on

May 27, 2005 (Acto No. 147/2005)  is annexed hereto, along with an English translation, as

Exhibit 2.

    4.      Also on Friday, May 27, 2005, I had copies of the documents identified in

Paragraph 2 above delivered by messenger to representatives of CDEEE.  Specifically, the

documents were delivered to (a) Ingrid Arias, secretary for Angel Monero Cordero, (b) Niulka

Moquete, General Secretary for CDEEE and (C) Omero Medina, an attorney who works with

Carlos Manuel Padilla.  A copy of my cover letter bearing acknowledgements of receipt from

each of these three individuals is annexed hereto as Exhibit 3.

5.    On Monday, May 30, 2005, a bailiff personally served copies of the following documents on representatives of CDEEE: (1) Order to Show Cause issued by the Court; (2) memo endorsed letter from the Court adjourning the dates set in the Order to Show Cause for service on CDEEE and for a conference with the Court; (3) Summons (as issued, accompanied by copies of the Individual Practices of Hon. Richard M. Berman, Individual Practices of Magistrate Judge Michael H. Dolinger, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing); (4) Complaint; (5) Memorandum of Law in Support of ITABO's Motion for Interim Relief in Aid of Arbitration and in support of an Order to Show Cause; (6) Order to Show Cause (as submitted to the Court); (7) Declaration of Carlos Radhamés Cornielle (with exhibits); (8) Declaration of Giselle Leger; (9) Declaration of Javier Navarro-Velasco (with exhibits); and (10) Rule 7.1 Statement. Specifically, the bailiff personally served the papers on (a) Ramón Tejada, an attorney at CDEEE , working under Dr. Merán, (b) Ingrid Arias, secretary for Angel Monero Cordero and (c) Awilda Martinez, secretary to Carlos Manuel Padilla. The bailiff also notified each of the recipients, by means of a formal written document evidencing service, of the conference with the Court scheduled for June 1, 2005. The formal document evidencing service by the bailiff on May 27, 2005 (Acto No. 149/2005)  is annexed hereto, along with an English translation, as Exhibit 4.

6.    The Order to Show Cause executed by this Court on May 26, 2005 requires the parties "to meet + confer + engage in good faith settlement negotiations" prior to the conference with the Court scheduled to take place on June 1.  I have asked Dr. Merán to engage in such negotiations and he has told me that he is not authorized to do so by the CDEEE directors.

7.  In Paragraph 4 of my Declaration dated May 25, 2005, I stated that the Dominican Government holds a 49.9% interest in ITABO and that foreign investors collectively hold a 50.1% interest. Actually, the Dominican Government holds a 49.97% interest, former CDE employees hold 0.03%, and private investors hold the remaining 50%. As I stated in that prior Declaration, four of the five members of ITABO's board of directors are representatives of private shareholders, while the other one member is a representative of the Dominican state.

8.  By fax dated May 18, 2005, the Secretariat of International Chamber of Commerce ("ICC") sent a fax to the parties to the arbitration that is currently pending under the ICC's rules, in which it, among other things, notified the parties that the seat of the arbitration was to be New York City. A copy of the fax is annexed hereto as Exhibit 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May ___, 2005.

_____
Giselle Marie Leger

Informe de transmisión

Fecha/Hora
ID terminal local G3
Nombre local
Logotipo compañia

28- 5-05;15:52
5358215
ITABO SA

Se envió el documento.

Tamaño doc.    Carta:C

FRANGER & McKENZIE

Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

Grant Hanessian
Tel: +1 212 891 3896
Fax: +1 212 310 1666
Grant.Hanessian@bakernet.com

Via Facsimile

May 25, 2005

Ing. Rhadamés Segura
Corporación Dominicana de Empresas Eléctricas Estatales
Avenida Independencia and Calle Fray Cipriano de Utrera del
   Centro de los Héroes de Constanza Maimón y Estero
   Hondo (La Feria)
Santo Domingo, Dominican Republic
Tel +1 809 568-9892
Fax +1 809 553 1283

Dr. Angel Moreno Cordero
Avenida 27 de Febrero 205
Edif. Bayoru II, Suite 209
Santo Domingo, Dominican Republic
Tel: +1 809 753 1500 (mobile)
Fax +1 809 557 4858 and +1 809 238 5503

Dr. Carlos Manuel Padilla Cruz
Bufete de Consultores Jurídicos y Empresariales Dr. Carlos Padilla & Asociados
Calle Luis F. Thomen No. 359
Ensanche Quisqueya, Santo Domingo, Dominican Republic
Tel. +1 809 227 8364 or +1 809 224 4347 or +1 809 363 0402 or 1 809 849 6692
Fax +1 809 363 6986

RE:    Empresa Generadora de Electricidad Itabo, S.A. v. Corporación Dominicana de
       Empresas Eléctricas Estatales

Dear Sirs,

I annex copies of the following papers that we are filing tomorrow morning in the United
States District Court for the Southern District of New York in the above matter.

(1)    Order To Show Cause;

(2)    Summons and Complaint

(3)    Memorandum of Law in Support of ITABO's motion for Interim
       Relief in Aid of Arbitration and in support of an Order to Show
       Cause.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Total págs. escaneadas: 65
Total págs. enviadas: 65

| No | Doc | Destinatario | Hora inicio | Durac. | Paginas | Modo | Contenido | Estado |
|----|-----|--------------|-------------|--------|---------|------|-----------|--------|
| 1 | 0071 | 535 7472 | 28- 5:15:45 | 6 49 | 65/ 65 | SG3 | | CP |

Nota:

**ACT NUMBER 147/2005**.- In the city of Santo Domingo de Guzmán, National District, this twenty-seventh (27th) day of the month of May of the year Two Thousand Five (2005).---------------------------------------------------------------------------------------------------

**ACTING AT THE REQUEST** of the **EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A.,** a commercial company incorporated and organized pursuant to the laws of the Dominican Republic, with its corporate domicile open at Avenida Rómulo Betancourt 1108, Sector La Julia, in this city of Santo Domingo, duly represented by its General Manager, Mr. Mark Tracey, of Canadian nationality, of legal age, bearer of the Personal Identification Card No. 001-1793523-9, of domicile and residence in this city of Santo Domingo, acting in his capacity as Legal representative of said company in accordance with the mandate by the corporate directive entity of the company; **I, Ruperto de los Santo María, bailiff ordinary of the Judgeship of the Peace of the 4th , bearer of the personal and electoral identification card No. 001-0443349-5, of domicile and residence at Calle Juan Henríquez Dunant ·18, Mira Flores, National District; EXPRESSLY** and pursuant to the above request, have come, within this same city: **FIRST**: to Avenida Independencia corner Fray Cipriano de Utera, Centro de los Héroes, in this city, which is the place where I have been informed that the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE**) has its domicile, and once there, it being precisely 10:12 A.M. in the morning, and speaking personally with Imbert Moreno, who informed me that he is the lawyer of the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE**), as he declared to me and which is of my personal knowledge, and who when invited by me to countersign the present act has answered to me that he signs the act; **SECOND**: to Ave. 27 de Febrero No. 205, Edificio Bollero II, Suite 205, which is the place where I have been informed that **DR. ANGEL MONERO CORDERO** has his domicile, and once there, it being precisely 11:15 A.M. in the morning, and speaking personally with (illegible) Arias, who informed me that she is the secretary of my enjoining (*sic*) party; **THIRD**: To Calle Luis F. Tomen No. 359 Esq. Winston Arnaud, Ensanche Quisqueya, which is the place that I have been informed that **DR. CARLOS MANUEL PADILLA** has his domicile, and once there, it being

4

precisely 10:45 A.M. in the morning, and speaking personally with Carlos M. Padilla, who informed me that he is (*illegible*) of my notifying/enjoining (*sic*) party; **I HAVE NOTIFIED** each one of my notified parties separately and individually, the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, in its capacity of party sued in the judicial action described below, and Messrs. **Dr. ANGEL MONERO and Dr. CARLOS PADILLA** in their capacities as empowered lawyers incorporated in the judicial suits brought before the Dominican courts, that my notifying party the **EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A.**, by means of the present act notifies it, declares, and warns it of the following; **FIRST**: that in the heading of the present act and attached to same it notifies it of an unextended copy of the documents related to a judicial suit brought by the notifying party against my notified party to be heard before the **United States District Court for the Southern District of New York,** for purposes of obtaining an order to suspend or discontinue and non-novation of the judicial actions brought before the courts of the Dominican Republic to which same refer. The documents are described as follows: A) Order to Show Cause dated May 26, 2005; B) Communication Request postponement Hearing, C) Citation/Summons and Demand/Suit; D) Memorandum of Right in Support of the request by ITABO for Provisional Compesnation in Favor of Arbitration, and in support of an Order to Show Cause. E) Statement by Carlos Radhamés Cornielle; F) Statement Giselle Marie Leger; G) Statement Javier Navarro; H) Statement according to Regulation 7.1.

**SECOND**: By means of this same act I inform my notified party that the hearing to hear the case for said suit by **Judge Richard M. Berman, U.S. D.J. of the United States District Court for the Southern District of the City of New York** has been set for Wednesday the First **(1st) day of June of the year 2005**. So that my notified party the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)** formulate their arguments of defense before said Court.

UNDER ALL RESERVATIONS OF LAW AND ACTIONS.------------------------------

And I, the undersigned bailiff, have so notified my notified party, the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, so that thereafter it not allege ignorance, leaving with it a copy of same in the hands of the person with whom I already said I have spoken, as well as its original, and the rest of the legalized copies are duly initialled and stamped by me, bailiff who so certifies and gives faith. -------------------------------------------------------------------------------------------------------

This act consists of seventy-two (72) sheets and its cost is RD$3,000 Pesos.

(Circular Seal:  RUPERTO DE LOS SANTOS MARIA
National District
Bailiff Ordinary of the Judgeship of the Peace of the 4th Circumscription)

RECEIVED
CORPORATE UNIT (illegible)

27-05-05

27 May (illegible)

OFFICE OF LEGAL CONSULTANT
BY:_____
TIME: _____

6

ACTO NUMERO *147/2003*.- En la ciudad de Santo Domingo
de Guzmán, Distrito Nacional, hoy día *Ventisiete*

*27*.) del mes de mayo del año Dos Mil Cinco (2005). - - -
**ACTUANDO A REQUERIMIENTO** de la **EMPRESA GENERADORA DE
ELECTRICIDAD ITABO, S. A.**, compañía de comercio constituida y
organizada de conformidad con las leyes de la República
Dominicana, con su domicilio social abierto en la Avenida
Rómulo Betancourt 1108, Sector La Julia, de esta ciudad de
Santo Domingo, debidamente representada por su Gerente
General, señor Mark Tracey, de nacionalidad Canadiense, mayor
de edad, titular de la Cédula de Identidad No. 001-1793523-9,
domiciliado y residente en esta ciudad de Santo Domingo,
quien actúa en su calidad de representante Legal de dicha
compañía, conforme mandato de los órganos de dirección social
de dicha empresa; Yo, **Ruperto de los Santo Maria, alguacil
ordinario del Juzgado de Paz de la 4ta**, portador de la cedula
de identidad y electoral No. 001-0443349-5, domiciliado y
residente en la calle **Juan Henríquez Dunant # 18, Mira
Flores, Distrito Nacional; EXPRESAMENTE**  y en virtud del
anterior requerimiento, me he trasladado, dentro de esta
misma ciudad: **PRIMERO**: a la Avenida Independencia esquina
Fray Cipriano de Utera, Centro de los Héroes, de esta ciudad,

que es el lugar donde se me ha informado tiene su domicilio

la **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES**

**(CDEEE)** y una vez allí, siendo exactamente las

_10;12 A M_ ) horas de la _mañana_ o hablando

personalmente con _imbert moreno_ quien me dijo ser

_abogado_ _____ de la **CORPORACION**

**DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, según me

lo declaró y lo cual es de mi personal conocimiento, y quien

invitado por mí a visar el presente acto me ha contestado:

_Jese firma electo_ ; **SEGUNDO:** a la Ave. 27

de Febrero No. 205 Edificio Bollero II, suite 205, que es el

lugar donde se me ha informado tiene su domicilio el **DR.**

**ANGEL MONERO CORDERO**, y una vez allí, siendo exactamente las

_11;15 A M_ ( ) horas de la

_mañana_ hablando personalmente con

_fajis arias_ quien me dijo

ser _secretaria_ de mi requeriente;

**TERCERO:** A la calle Luis F Tomen No. 359 Esq. Winston Arnaud,

Ensanche Quisqueya, que es el lugar donde se me ha informado

tiene su domicilio el **DR. CARLOS MANUEL PADILLA**, y una vez

allí, siendo exactamente las _10:45 A M_ . (

) horas de la _mañana_ hablando personalmente con

_Carlos ml padilla_ quien me dijo

ser _____ _____ _____ de mi requeriente; a **LE HE NOTIFICADO** separadamente e individualmente a cada uno de mis requeridos, **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, en su calidad de parte de demandada en la acción judicial que mas adelante se dirá y a los señores **Dr. ANGEL MONERO y Dr. CARLOS PADILLA**, en su calidades de abogados apoderados, y constituidos en las demandas judiciales interpuestas ante los tribunales dominicanos, que mi requeridora **EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S. A.**, por medio del presente acto le notifica, declara y advierte lo siguiente ; **PRIMERO:** Que en el encabezamiento del presente acto y adjunto al mismo le notifica copia inextenso de los documentos relacionados con una demanda judicial interpuesta por la requeridora contra mi requerida a ser conocida por ante la **Tribunal de Distrito de los Estados Unidos para el Distrito Sur de New York**, a los fines determinados de obtener una orden de suspensión descontinuación y de no innovar de las acciones judiciales intentadas ante los tribunales de la Republica Dominicana a que los mismos se refieren. Los documentos se describen a continuación: A) Orden para Demostrar Causa de fecha 26 de mayo 2005; B) Comunicación Solicitud posposición Audiencia C) Citación y Demanda; D) Memorando de Derecho en Apoyo a la

petición de ITABO de Compensación Provisional en Favor del Arbitraje y en apoyo a una Orden para Demostrar Causa. E) Declaración Carlos Radhames Cornielle; F) Declaración Giselle Marie Leger; G) Declaración Javier Navarro; H) Declaración según Reglamento 7.1

**SEGUNDO:** Por este mismo acto le informo a mi requerida que la audiencia para conocer de la causa para dicha demanda por el **Juez Richard M. Berman**, **U.S.D.J.** de la **Tribunal de Distrito de los Estados Unidos para el Distrito Sur de la Ciudad de New York** a sido fijada para el día **Miércoles** que contaremos **Primero (1) de Junio del año 2005**. A los fines de que mi requerida **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, formulen ante dicha Corte sus argumentos de defensa.

BAJO TODA CLASE DE RESERVAS DE DERECHO Y ACCIONES. — — — — —

Y yo, alguacil infrascrito, así se lo he notificado a mi requerida, la **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, para que luego no alegue ignorancia, dejándole copia de la misma en manos de la persona con quien ya dije haber hablado, que al igual que su original y demás

copias auténticas están debidamente rubricadas y selladas por

mi, alguacil que certifico y doy fe. - - - - - - - - - - - -

Este acto consta de setenta y dos (72) Fojas. Su Costo es de

RDS. 3000 — Pesos.

27-05-05 -

CONSULTORIA JURIDICA
POR
HORA

**BAKER & McKENZIE**

Baker & McKenzie LLP
805 Third Avenue
New York, New York 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jokarte
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

Grant Hanessian
Tel: +1 212 891 3986
Fax: +1 212 310 1686
Grant.Hanessian@bakernet.com

Via Facsímile

May 25, 2005



Ing. Rhadamés Segura
Corporación Dominicana de Empresas Eléctricas Estatales
Avenida Independencia y Calle Fray Cipriano de Utera del
    Centro de los Héroes de Constanza Maimón y Estero
    Hondo (La Feria)
Santo Domingo, Dominican Republic
Tel. +1 809 508-3892
Fax +1 809 533 1285

Dr. Angel Monero Cordero
Avenida 27 de Febero 205
Edif. Boyero II, Suite 205
Santo Domingo, Dominican Republic
Tel. +1 809 753 1500 (mobile)
Fax +1 809 557 4858 and +1 809 238 5503

Dr. Carlos Manuel Padilla Cruz
Bufete de Consultores Jurídicos y Empresariales Dr. Carlos Padilla & Asociados
Calle Luis F. Thomen No. 359
Ensanche Quisqueya, Santo Domingo, Dominican Republic
Tel. +1 809 227 8364 or +1 809 224 4347 or +1 809 363 0402 or 1 809 849 6692
Fax +1 809 363 0986

RE:    *Empresa Generadora de Electricidad Itabo, S.A. v. Corporación Dominicana de
    Empresas Eléctricas Estatales*

Dear Sirs,

I annex copies of the following papers that we are filing tomorrow morning in the United
States District Court for the Southern District of New York in the above matter.

(1)    Order To Show Cause

(2)    Summons and Complaint

(3)    Memorandum of Law in Support of ITABO's motion for Interim
       Relief in Aid of Arbitration and in support of an Order to Show
       Cause.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & McKENZIE**

 

(4)     Declaration of Carlos Radhamés Cornielle (without exhibits)

(5)     Declaration of Giselle Leger

(6)     Declaration of Navarro Velasco (without exhibits)

(7)     Rule 7.1 Statement


Sincerely,

*Grant Hanessian /SRK*

Grant Hanessian

Translated by **Donna L. Hicks de Pérez-Mera**
*Santo Domingo Speakers Bureau, S.A.*
Tel.: (809) 566-3085; Fax.: (809) 289-0080; Celular: 919-0428
E-mail: donna.hicks@verizon.net.do

**ACT NUMBER 149/2005.** In the city of Santo Domingo de Guzmán, National District, this thirtieth (30th) day of the month of May of the year Two Thousand Five (2005).----

**ACTING AT THE REQUEST** of the **COMPANY GENERADORA DE ELECTRICIDAD ITABO, S.A.**, a business company incorporated and organized pursuant to the laws of the Dominican Republic, with its corporate domicile at No. 1108 Avenue Rómulo Betancourt, Sector La Julia, in this city of Santo Domingo, duly represented by its General Manager, Mr. Mark Tracey, of Canadian nationality, of legal age, bearer of the Personal Identification Card No. 001-1793523-9, of domicile and residence in this city of Santo Domingo, (illegible) who acts in his capacity as legal representative of said company, in accordance with the mandate of the corporate directive body of said company; **I Ruperto de los Santo María, bailiff ordinary of the Judgeship of the Peace of the 4th Circumscription of the National District, bearer of the Personal and Electoral Identification Card No. 001-0443349-5, of domicile and residence at No. 18 Juan Henríquez Dunant Street, Mira Flores, National District;** **EXPRESSLY** and pursuant to the above request, have come, within this same city: **FIRST**: to Avenue Independencia corner Fray Cipriano de Utera, Centro de los Héroes, in this city, which is the place where I have been informed that the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)** has its domicile, and once there, it being precisely 8:02 A.M. in the morning, and speaking personally with Ramón Tejada, who informed me that he is the lawyer of the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, as he swore to me and of which I am personally aware, and who invited by me to countersign the present act has answered to me: that the act was countersigned; **SECOND**: to Ave. 27 de Febrero No. 205 Edificio Bollero II, Suite 205, which is where I have been informed that **DR. ANGEL MONERO CORDERO** has his domicile, and once there, it being precisely 8:45 A.M. in the morning, and having spoken personally with Ingrid Arias, who told me that she is a secretary of my notifying/enjoining (*sic*)

1

party; **THIRD**: To Calle Luis F. Tomen No. 359 Esq. Winston Arnaud, Ensanche Quisqueya, which is the place where I have been informed that **DR. CARLOS MANUEL PADILLA** has his domicile, and once there, it being precisely 8:20 A.M. in the morning, and speaking personally with Awilda Martínez, who informed me that she is a secretary of my notifying/enjoining (*sic*) party; **I HAVE NOTIFIED** separately and individually each one of my notified parties, the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE),** in its capacity as party defendant in the judicial action which shall be indicated below, and Messrs. **Dr. ANGEL MONERO and DR. CARLOS PADILLA,** in this capacities as empowered lawyers incorporated in the judicial suits brought before the Dominican courts, that my notifying party **EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A.**, by means of the present act notifies it, declares, and warns it of the following; **FIRST**: That in the heading of the present act and attached to same I have (*illegible*) an  unextended copy of the documents related to the judicial suit brought by the notifying party against my notified party to be heard before the United States District Court for the Southern District of New York, for purposes of obtaining an order of suspension, discontinuation, and non-novation of the judicial actions brought before the courts of the Dominican Republic to which same refer.  The documents are described as follows:  A) Order to Demonstrate Cause dated May 26, 2005; B) Communication of Request for postponement of Hearing, C) Citation/Summons and Suit/Demand; D) Memorandum of Right in Support of ITABO´s petition for Provisional Compensation in Favor of Arbitration, and in support of an Order to Show Cause.  E) Statement of Carlos Radhamés Cornielle; F) Statement of Giselle Marie Leger; G) Statement Javier Navarro; H) Statement according to Regulation 7.1; H) The corresponding attachments.

**SECOND**:  By means of this same act I inform my notified party that the hearing to hear the case for said suit/demand by Justice Richard M. Berman, U.S.D.J. of the United States District Court for the Southern District of New York City, has been set for Wednesday the (illegible) of June of the year 2005.  In order that my notified party the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)** make its defense arguments before said Court.

2

UNDER ALL RESERVATIONS OF LAW AND ACTIONS.------------------------------

And I, the bailiff undersigned, have so notified my notified party, the **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, so that afterwards it may not allege ignorance, leaving with it a copy of same in the hands of the person with whom I already said that I have spoken, which like its original and other legalized copies are duly initialled and sealed/stamped by me, bailiff who so certifies and gives faith.----------------------------------------------------------------------------------------------

This act consists of seventy-two (325) (*sic*) sheets and its cost is RD$3000 Pesos.

(Circular Seal:  RUPERTO DE LOS SANTOS MARIA
National District
Bailiff Ordinary of the Judgeship of the Peace of the 4th Circumscription)

RECEIVED
CORPORATE UNIT (illegible)

30 May (illegible)

OFFICE OF LEGAL CONSULTANT
BY:_____
TIME: _____

ACTO NUMERO *149/2005=* En la ciudad de Santo Domingo de Guzmán, Distrito Nacional, hoy día *treinta* *(30)* del mes de mayo del año Dos Mil Cinco (2005). - -

**ACTUANDO A REQUERIMIENTO** de la **EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S. A.,** compañía de comercio constituida y organizada de conformidad con las leyes de la República Dominicana, con su domicilio social abierto en la Avenida Rómulo Betancourt 1108, Sector La Julia, de esta ciudad de Santo Domingo, debidamente representada por su Gerente General, señor Mark Tracey, de nacionalidad Canadiense, mayor de edad, titular de la Cédula de Identidad No. 001-1793523-9, domiciliado y residente en esta ciudad de Santo Domingo, actúa en su calidad de representante Legal de dicha compañía, conforme mandato de los órganos de dirección social de dicha empresa; Yo, **Ruperto de los Santo Maria,** alguacil ordinario del Juzgado de Paz de la 4ta. Circunscripción del Distrito Nacional, portador de la Cédula de Identidad y Electoral No. 001-0443349-5, **domiciliado y residente en la calle Juan Henríquez Dunant # 18, Mira Flores, Distrito Nacional; EXPRESAMENTE** y en virtud del anterior requerimiento, me he trasladado, dentro de esta misma ciudad: **PRIMERO:** a la Avenida Independencia esquina Fray Cipriano de

Utera, Centro de los Héroes, de esta ciudad, que es el lugar donde se me ha informado tiene su domicilio la **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)** y una vez allí, siendo exactamente las _8:02 A.M_ ) horas de la _mañana_ hablando personalmente con _Ramon Tejeda_ quien me dijo ser _abogado_ de la **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, según me lo declaró y lo cual es de mi personal conocimiento, y quien invitado por mí a visar el presente acto me ha contestado: _visa el acto_ ; **SEGUNDO**: a la Ave. 27 de febrero No. 205 Edificio Bollero II, suite 205, que es el lugar donde se me ha informado tiene su domicilio el **DR. ANGEL MONERO CORDERO**, y una vez allí, siendo exactamente las _8:45 A.M._ ) horas de la _mañana_ hablando personalmente con _lugar arias_ quien me dijo ser _secretaria_ de mi requeriente; **TERCERO**: A la calle Luis F Tomen No. 359 Esq. Winston Arnaud, Ensanche Quisqueya, que es el lugar donde se me ha informado tiene su domicilio el **DR. CARLOS MANUEL PADILLA**, y una vez allí, siendo exactamente las _8:20 A.M_ ( ) horas de la _mañana_ hablando personalmente con

*aurildo martinez* quien me dijo ser *Secretaria* de mi requeriente; a

**LE HE NOTIFICADO** separadamente e individualmente a cada uno de mis requeridos, **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, en su calidad de parte de demandada en la acción judicial que mas adelante se dirá y a los señores **Dr. ANGEL MONERO y Dr. CARLOS PADILLA**, en su calidades de abogados apoderados, y constituidos en las demandas judiciales interpuestas ante los tribunales dominicanos, que mi requeridora **EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S. A.**, por medio del presente acto le notifica, declara y advierte lo siguiente ; **PRIMERO:** Que en el encabezamiento del presente acto y adjunto al mismo le notifica copia inextenso de los documentos relacionados con una demanda judicial interpuesta por la requeridora contra mi requerida a ser conocida por ante la **Tribunal de Distrito de los Estados Unidos para el Distrito Sur de New York**, a los fines determinados de obtener una orden de suspensión descontinuación y de no innovar de las acciones judiciales intentadas ante los tribunales de la Republica Dominicana a que los mismos se refieren. Los documentos se describen a continuación: A) Orden para Demostrar Causa de fecha 26 de mayo 2005; B)Comunicación Solicitud posposición Audiencia C)

Citación y Demanda; D) Memorando de Derecho en Apoyo a la petición de ITABO de Compensación Provisional en Favor del Arbitraje y en apoyo a una Orden para Demostrar Causa. E) Declaración Carlos Radhames Cornielle; F) Declaración Giselle Marie Leger; G) Declaración Javier Navarro; H) Declaración según Reglamento 7.1; H) Los anexos correspondientes.

**SEGUNDO:** Por este mismo acto le informo a mi requerida que la audiencia para conocer de la causa para dicha demanda por el **Juez Richard M. Berman, U.S.D.J.** de la **Tribunal de Distrito** de los Estados Unidos para el Distrito Sur de la Ciudad de York a sido fijada para el día **Miércoles** que contaremos (primero 01) de Junio del año 2005. A los fines de que mi requerida **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, formulen ante dicha Corte sus argumentos de defensa.

BAJO TODA CLASE DE RESERVAS DE DERECHO Y ACCIONES. - - - - -

Y yo, alguacil infrascrito, así se lo he notificado a mi requerida, la **CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES (CDEEE)**, para que luego no alegue ignorancia, dejándole copia de la misma en manos de la persona con quien

ya dije haber hablado, que al igual que su original y demás copias auténticas están debidamente rubricadas y selladas por mí, alguacil que certifico y doy fe. - - - - - - - - - - - -

Este acto consta de setenta y dos (325) fojas y su costo es de RD$ 3000 - Pesos.







**International Chamber of Commerce**

*The world business organization*

**International Court of Arbitration • Cour internationale d'arbitrage**

---

## TRANSMISIÓN POR TELEFAX

---

**A:**    Javier L. Navarro Velasco, Brian Casey
         Juan Ygnacio Reyes Retana y Hugo González Peña
         BAKER & McKENZIE
         Por Fax No. 00 52-81 83 99 13 99

         Dr. Julio Cury
         Lics. Jottin Cury hijo y Milvio Coiscou
         JOTTIN CURY ABOGADOS
         Por Fax No. 00 1809 687 4114

         Dr. Gabriel Féliz Méndez
         Lic. Luis Moquete Pelletier
         Por Fax No.00 1809 682 6417/00 1809 683 3888/00 1809 683 3964


**DE :**   Cristián Conejero Roos              **Fax :**  00 33 1 49 53 29 33
           José Ricardo Feris                  **Tel :**  00 33 1 49 53 28 72

SECRETARIA DE LA CORTE INTERNACIONAL DE ARBITRAJE DE LA CCI

**FECHA :**   18 de mayo de 2005               **REF. : 13708/CCO**

**Número de páginas (incluyendo esta página):**   3 páginas
                                                  5 páginas para la parte demandada No. 1

Si faltaran alguna o varias páginas, o fuesen ilegibles, por favor llame al 00 33 (0) 1 49 53 28 25 ó
00 33 (0) 1 49 53 29 15, o bien envíe un fax al número siguiente : 00 33 (0) 1 49 53 29 33.

*La información que contiene este fax es confidencial y sólo para uso de la persona o*
*entidad arriba mencionada. Si Usted no es el destinatario de este mensaje o la persona*
*encargada de entregarle este mensaje, le informamos por la presente que cualquier*
*difusión o copia de esta comunicación está prohibida. Si ha recibido esta comunicación por*
*error, le rogamos nos informe enseguida y nos envíe este mensaje por correo a la siguiente*
*dirección : ICC - 38 Cours Albert 1er - F-75008 Paris - Francia. Gracias.*



**International Chamber of Commerce**

*The world business organization*

**International Court of Arbitration • Cour internationale d'arbitrage**

18 de mayo de 2005/JRF

13708/CCO - EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A. (República Dominicana) vs/ 1. CORPORACIÓN DOMINICANA DE EMPRESAS ELÉCTRICAS ESTATALES (República Dominicana) 2. FONDO PATRIMONIAL DE LAS EMPRESAS REFORMADAS/FONDO PATRIMONIAL PARA EL DESARROLLO (República Dominicana)

---

Sres. Javier L. Navarro Velasco, Brian Casey
Juan Ygnacio Reyes Retana y Hugo González Peña
BAKER & MCKENZIE ABOGADOS
Oficinas en el Parque, Torre I - Piso 10
Blvd. Antonio L. Rodríguez 1884 Pte.
Col. Santa María
64650 Monterrey, Nuevo León
México                                            *Por Fax No. 00 52 81 8399 1399*

Dr. Julio Cury,
Lics. Jottin Cury hijo y Milvio Coiscou
Calle Manuel Rodríguez Objio, No. 12, Gazcue
Santo Domingo, Distrito Nacional
República Dominicana                              *Por Fax No. 00 1809 687 4114*

Dr. Gabriel Féliz Méndez, Lic. Luis Moquete Pelletier
Ave. Independencia No. 201
Edificio Buenaventura, Apartamento 310, Gazcue
Santo Domingo, Distrito Nacional
República Dominicana                              *Por Fax N° 00 1809 683 6417*

Estimados Señores,

La Secretaría acusa recibo de las siguientes comunicaciones:

1. Carta de la parte demandada No. 1 de fecha 12 de mayo de 2005, cuya copia ha sido enviada directamente a las demás partes;
2. Carta de la parte demandada No. 2 de fecha 12 de mayo de 2005, cuya copia ha sido enviada directamente a la parte demandante y se adjunta a la presente para la información de la parte demandada No. 1;
3. Carta de la parte demandante de fecha 12 de mayo de 2005, cuya copia ha sido enviada directamente a las partes demandadas;
4. Carta de la parte demandante de fecha 13 de mayo de 2005, cuya copia ha sido enviada directamente a las partes demandadas;

.../...

13708/CCO

página 2

---

### Artículo 6(2)

La Secretaría acusa recibo de los comentarios presentados por la parte demandante relativos a las objeciones jurisdiccionales presentadas por la parte demandada No. 1. Sírvanse notar que los mismos serán trasmitidos a la Corte oportunamente.

### Constitución de del Tribunal Arbitral

La Secretaría toma nota de que las partes demandadas están de acuerdo con la propuesta de la parte demandante en el sentido de que el Presidente del Tribunal Arbitral sea nominado conjuntamente por los coárbitros nominados por las partes.

En consecuencia, sírvanse notar que los coárbitros serán invitados a nominar conjuntamente al Presidente del Tribunal Arbitral dentro los 30 días siguientes al de notificación de su confirmación.

### Poder de Representación de la Parte Demandante

La Secretaría toma nota de que la parte demandante *"está ampliando las facultades de sus apoderados no solo para demandar a la empresa Corporación Dominicana de Empresas Estatales (CDEEE sino también al Fondo Patrimonial de las Empresas Reformadas/Fondo Patrimonial de Desarrollo (FONPER)"*. Asimismo, la Secretaría acusa recibo del Poder de Representación anexado para esos efectos.

### Sede del Arbitraje

Sírvanse notar que, en vista de que las partes demandadas están de acuerdo con la propuesta de la parte demandante, New York, NY, Estados Unidos de América, será la sede del presente arbitraje.

La Secretaría se permite informarles que el presente asunto será sometido a la Corte en una de sus próximas sesiones.

Atentamente,

Cristián Conejero Roos
Consejero
Secretaría de la Corte Internacional de Arbitraje de la CCI

Anexo (Parte demandada No. 1): Carta de la parte demandada No. 2 de fecha 12 de mayo de 2005.