Grant Hanessian (GH-6582)
Susan R. Knox (SK-4110)
BAKER & McKENZIE LLP
805 Third Avenue
New York, New York 10022
Tel. (212) 751-5700
Fax (212) 759-9133



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

EMPRESA GENERADORA DE ELECTRICIDAD :
ITABO, S.A. ("ITABO"),
            :                              ECF CASE
      Plaintiff,                :
                                            Case No. 05 CV 5004 (PAC)
         - against -            :
                                            **NOTICE OF APPEAL**
                                :

CORPORACIÓN DOMINICANA DE EMPRESAS :
ELÉCTRICAS ESTATALES ("CDEEE"),
                                :
      Defendant.
------------------------------------------------------------- X

    Notice is hereby given that Empresa Generadora de Electricidad ITABO, S.A. ("ITABO"), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from (1) a Decision and Order denying ITABO's motion to compel arbitration and to enjoin defendant Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE") from pursuing litigation against ITABO in the courts of the Dominican Republic, entered in this action on July 19, 2005, and from (2) the Order Denying Reconsideration that denied reconsideration of that Decision and Order, entered in this action on August 5, 2005.

NYCDMS/446068.1

Dated: New York, New York
September 6, 2005

                    BAKER & McKENZIE LLP

By: _____
Grant Hanessian (GH-6582)
Susan R. Knox (SK-4110)
805 Third Avenue
New York, New York 10022
Tel. (212) 751-5700
Fax (212) 751-9133

Attorneys for Empresa Generadora de
Electricidad ITABO, S.A.
("ITABO")

NYCDMS/446068.1