# BAKER & MCKENZIE

**Baker & McKenzie LLP**
805 Third Avenue
New York, New York 10[...] US[...]

Tel: +1 212 751 5700
Fax: +1 212 759 913[...]
www.bakernet.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-2005

**MEMO ENDORSED**

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

September 6, 2005

Grant Hanessian
Tel: +1 212 891 3986
Fax: +1 212 310 168[...]
Grant.Hanessian@ba[...]

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
40 Centre Street
Room 2102
New York, NY 10007-1312

Via Facsimile

RE: Empresa Generadora de Electricidad ITABO, S.A. ("ITABO") v. Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE"), No. 05 CV 5004 (PAC)

Dear Judge Crotty,

We represent the plaintiff, Empresa Generadora de Electricidad ITABO, S.A. ("ITABO"), in the above-referenced action.

A conference with the Court has been scheduled for September 13, 2005, and the Court has requested that the parties advise it, in a joint letter, of the status of the case.

We wish to advise the Court that ITABO has today filed a Notice of Appeal with the Clerk of the District Court appealing from (1) the Decision and Order denying ITABO's motion to compel arbitration and to enjoin defendant Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE") from pursuing litigation against ITABO in the courts of the Dominican Republic, entered in this action on July 19, 2005, and (2) the Order Denying Reconsideration of that Decision and Order, entered in this action on August 5, 2005.

We have conferred with Steven Gerber, counsel for CDEEE, regarding the conference scheduled for September 13, 2005. In light of the pending appeal, the parties do not believe that a conference is necessary at this time.

Respectfully submitted,

Grant Hanessian

Cc: Steven Gerber, Esq.
Mary P. Gallagher, Esq.
Susan R. Knox, Esq.

*Handwritten endorsement:*

September 8, 2005

In light of plaintiff ITABO's filing of a notice of appeal from Judge Berman's order of July 19, 2005 and August 5, 2005, this matter is placed on the suspense docket, to be restored, if appropriate, upon completion of whatever process flows from the notice of appeal.

So ordered

Paul Crotty 0905

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & MCKENZIE**

**Facsimile Transmission**

Baker & McKenzie LLP
805 Third Avenue
New York, NY 10022, USA

Tel: +1 212 751 5700
Fax: +1 212 759 9133
www.bakernet.com

|  |  | **Phone** | **Fax** |
|---|---|---|---|
| **Date** | September 7, 2005 | | |
| **To** | Honorable Paul A. Crotty | +1 212 805 6309 | +1 212 805 6304 |
| **CC** | Steven Gerber, Esq.<br>Mary P. Gallagher, Esq.<br>Adorno & Yoss LLP | +1 212 809 5700 | +1 212 809 5701 and<br>+1 973 256 9001 |
| **From** | Grant Hanessian | +1 212 891 3986 | +1 212 310 1686 |
| **Client/Matter No.** | 35174680-000001 | | |
| **Re** | *Empresa Generadora de Electricidad ITABO, S.A. ("ITABO") v. Corporación Dominicana de Empresas Eléctricas Estatales ("CDEEE")*, No. 05 CV 5004 (PAC) | | |
| **Pages (w/cover)** | 2     - Originals Will Not Follow | | |

**Privacy And Confidentiality Notice**

The information contained in this facsimile is intended for the named recipients only. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify us immediately by a collect telephone call to Office Services at +1 212 751 5700 x 4048 and return the original to the sender by mail. We will reimburse you for the postage.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.