Grant Hanessian (GH 6852)
Susan R. Knox (SK 4110)
**BAKER & McKENZIE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Facsimile: (212) 310-1600

Attorneys for Plaintiff ITABO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPRESA GENERADORA DE ELECTRICIDAD ITABO, S.A. ("ITABO"),<br><br>Plaintiff,<br><br>- against -<br><br>CORPORACION DOMINICANA DE EMPRESAS ELECTRICAS ESTATALES ("CDEEE"),<br><br>Defendants. | NOTICE OF CHANGE OF ADDRESS<br><br>ECF CASE<br><br>05 Civ. 5004 (PAC) |

Please take notice of the change of address for the undersigned counsel for

Empresa Generadora de Electricidad ITABO, S.A. ("ITABO").

Dated: New York, New York
February 17, 2006

                                        BAKER & McKENZIE LLP

                                        By _____
                                           Grant Hanessian (GH 6582)
                                           Susan R. Knox (SK 4110)
                                           1114 Avenue of the Americas
                                           New York, New York 10036
                                           Telephone: (212) 626-4100

                                           Attorneys for Plaintiff Empresa
                                               Generadora de Electricidad ITABO,
                                               S.A. ("ITABO")

NYCDMS/444321.5