UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Empresa Generadora De Electricidado Itabo, S.A. ("Itabo"),

         Plaintiff,

- against -

Corporacion Dominicana De Emresas Electricas Estatales ("CDEEE"),

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 4 2007

05 Civ. 5004 (PAC)
**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since May 26, 2005, and there having been no activity in this case since March 15, 2006, it is,

**ORDERED**, that the above-entitled action be and hereby is **CLOSED**, without costs to either party, and will be reopened upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close this case and terminate any pending deadlines or motions.

Dated: New York, New York
      December 4, 2007

SO ORDERED

*/s/ Paul A. Crotty/*
PAUL A. CROTTY
United States District Judge